# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shauna Banner,<br><br>    Plaintiff,<br><br>v.<br><br>Aledade Incorporated,<br><br>    Defendant. | No. CV-24-00460-PHX-JJT<br><br>**ORDER** |

Pursuant to this Court's Order of June 5, 2024 (Doc. 9),

**IT IS HEREBY ORDERED** that the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 11th day of July, 2024.

Honorable John J. Tuchi
United States District Judge